■ MARY E. HEBERLE, Respondent, v RICHARD GARREN et al., Appellants. [629 NYS2d 713] —Order unanimously affirmed with costs *(see, Pollack v Eskander,* 191 AD2d 1022, *appeal dismissed* 81 NY2d 1067). (Appeal from Order of Supreme

Court, Monroe County, Ark, J.—Dismiss Cause of Action.) Present—Green, J. P., Lawton, Wesley, Davis and Boehm, JJ.